# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ROGELIO LOPEZ-BAUTISTA

)
)
)
)

CR. S 06-045 GEB

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        (X) Ad Prosequendum               ( ) Ad Testificandum.
Name of Detainee:       ROGELIO LOPEZ-BAUTISTA

Detained at (custodian):     San Joaquin County Jail

Detainee is:   a.)     (X) charged in this district by:
                (X) Indictment            ( ) Information            ( ) Complaint
                Charging Detainee With: Deported Alien Found in the United States

        or    b.)     ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)     ( ) return to the custody of detaining facility upon termination of proceedings
       or    b.)     (X) be retained in federal custody until final disposition of federal charges, as a sentence
is                 currently being served at the detaining facility

*Appearance is necessary **March 2, 2006** in the Eastern District of California.*

              Signature:   /s/ Michael M. Beckwith
              Printed Name & Phone No:   MICHAEL M. BECKWITH /916-554-2797
              Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS

        (X) Ad Prosequendum            ( ) Ad Testificandum
The above application is granted and the above-named custodian, as well as the United States Marshal's Service
for this district, is hereby ORDERED to produce the named detainee, **March 2, 2006** and any further
proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the
above-named custodian.

February 8, 2006
                                   /s/ Peter A. Nowinski
Date                               United States District/Magistrate Judge
Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | Rogelio Bautista Lopez | Male  X   Female |
| Booking or CDC #: | Alien # 079 352 854 | DOB: |
| Facility Address: | 7000 N. Canliss Boulevard | Race: |
| | French Camp, CA 95231 | FBI #:   428510RB4 |
| Facility Phone: | 209-468-4565 | CII #:   A21371257 |
| Currently Incarcerated For: | Escape while felony charges are pending/auto theft | |

### RETURN OF SERVICE

Executed on _____ by _____        _____